04-CV-01814-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN FORRESTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DR. BRENNAN, et al.,<br><br>　　Defendants. | CASE NO. C04-1814-TSZ-MAT<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY<br>JUDGMENT |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 20, the objections of Mr. Forrester, docket nos. 22 and 23, and the balance of the record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Defendants' motion for summary judgment (Dkt. No. 18) is GRANTED and this action is DISMISSED with prejudice.

(3)　The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 11 day of October, 2005.

THOMAS S. ZILLY
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -1